# The Casey Group, LTD

40 W. Chesapeake Ave.
Suite 205
Towson, MD 21204-4844

# Invoice

| Date |
|---|
| 3/19/2007 |

| Invoice # |
|---|
| 07-2124 |

Settlement Administration
Crowder v AmeriCredit et al.
Civil Action No.: 1:06-cv-707 JFM
The United States District Court
 for the District of Maryland

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Period Covered: January 1, 2007 - March 16, 2007 | |
| Settlement Administration Fees and out of pocket expenses | 5,296.33 |
| Settlement Fund Management   - Establish escrow account and monitor weekly rollover of interest earning account | |
| Class List Compilation and Verification  - Convert electronic class list data to track phases of settlement process  - Perform data scrubs to increase accuracy of information:      1) USPS national change of address review,      2) Private database service change of address review      3) Delivery Point Verification | |
| Mailing Notice to Class   - Format court approved notice for efficient mailing   - Mail notices via first class mail to class   - Maintain PO Box for entire engagement period.   - Monitoring returns and update class member listing. | |
| Audit of Class List   - Audit class list using specific settlement documents | |
| **Total Due** | **$5,296.33** |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 410-825-2226 | 410-825-5442 | admin@caseygroupltd.com | www.caseygroupltd.com |