# The Casey Group, LTD

40 W. Chesapeake Ave.
Suite 205
Towson, MD  21204-4844

# Invoice

| Date |
| --- |
| 5/14/2007 |

| Invoice # |
| --- |
| 07-2143 |

Settlement Administration
Crowder v AmeriCredit et al.
Civil Action No.: 1:06-cv-707 JFM
The United States District Court
  for the District of Maryland

| Terms |
| --- |
| Due on receipt |

| Description | Hours | Amount |
| --- | --- | --- |
| Crowder v AmeriCredit et al. - Civil Action No.: 1:06-cv-707 JFM<br>The United States District Court for the District of Maryland<br>Period Covered: March 17 - May 13, 2007<br><br>Settlement Administration Fees and out of pocket expenses<br><br>Monitor Returns and Opt Outs<br> - manage information flow on USPS returned notices<br> - update database for address changes<br> - resend notices with forwarding order expired address information<br><br>Data Research and 2nd Mailing<br> - compile data for vendor research<br> - update database for results of vendor research<br> - Mail notices to updated address<br><br>Audit of Class List<br> - complete audit of financial information<br><br>Settlement Fund management<br> - ongoing management of two revolving bank deposits<br><br>Engagement Management | | 9,819.27 |

| Total Due | $9,819.27 |
| --- | --- |

| **Balance Due** | **$9,819.27** |
| --- | --- |

| Phone # | Fax # | E-mail | Web Site |
| --- | --- | --- | --- |
| 410-825-2226 | 410-825-5442 | admin@caseygroupltd.com | www.caseygroupltd.com |