# The Casey Group, LTD

40 W. Chesapeake Ave.
Suite 205
Towson, MD  21204-4844

# Invoice

| Date |
|---|
| 12/31/2007 |

| Invoice # |
|---|
| 07-2204 |

Settlement Administration
Crowder v AmeriCredit et al.
Civil Action No.: 1:06-cv-707 JFM
The United States District Court
 for the District of Maryland

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Crowder v AmeriCredit et al. - Civil Action No.: 1:06-cv-707 JFM  The United States District Court for the District of Maryland  Period Covered: December 1 - 31, 2007  Settlement Administration Fees and out of pocket expenses   Settlement Fund management     - ongoing management of two revolving bank deposits     - bank reconciliation   Engagement Management     - calculation of cy pres amounts     - preparation of legal filings | 775.00 |

**Total Due**     **$775.00**

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 410-825-2226 | 410-825-5442 | admin@caseygroupltd.com | www.caseygroupltd.com |